

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 NOV 27  AM 10: 31

| | |
|---|---|
| JON R. DEUSTSCH, § | |
| PLAINTIFF, § | CAUSE NO. A-16-CV-341-LY |
| § | |
| V. § | |
| § | |
| WORLEY PRINTING CO., INC., § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On November 9, 2017, the court rendered an order directing Plaintiff to show cause in writing on or before November 20, 2017, why this cause should not be dismissed for want of prosecution (Doc. #6). As of this date, Plaintiff has not filed a response to the court's order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**IT IS FURTHER ORDERED** that the case hereby **CLOSED**.

SIGNED this _27th_ day of November, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE